IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>STONEY CREEK FIREPLACE AND  )<br>GRILLS, LLC,  )<br>ALLSTATE INSURANCE COMPANY A/S/O  )<br>DEBORAH AND REZA RAFIEE,  )<br>DEBORAH AND REZA RAFIEE, and  )<br>DAVID MOORE CONSTRUCTION, LLC,  )<br>)<br>Defendants.  ) | No. 10-cv-2920<br>JUDGE McCALLA<br>MAGISTRATE JUDGE PHAM |

**JOINT MOTION BY PARTIES TO CONTINUE TRIAL**

The parties hereby jointly move this Court for an Order continuing the May 29, 2012 trial in this matter as well as all pre-trial deadlines. As grounds for this Motion, the undersigned counsel for the parties state to the Court that the parties have reached an agreement for settlement and resolution of the underlying tort case styled: <u>Allstate Insurance Company, as subrogee of Deborah and Reza Rafiee, and Deborah and Reza Rafiee personally v. Stoney Creek Fireplace and Grills, LLC, and David Moore Construction, LLC</u>; No. 5615; In the Circuit Court for Fayette County, Tennessee. However, the parties are still working on finalizing and executing the release and settlement agreement and Order of dismissal.

Accordingly, when the underlying tort case is formally resolved, the parties will enter a stipulation of dismissal in the present case. At the present time, however, the parties are not in a position to enter a stipulation of dismissal in the present case, but want to apprise the Court of the

current status in this matter and seek the requested relief for continuing the trial (and all pre-trial deadlines) accordingly.

Based on the foregoing, the parties respectfully request that the Court enter an Order continuing the pre-trial deadlines and in the trial in this matter.

<table>
<tr><td>

s/ Greg Callaway
Greg Callaway, No. 18575
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
615/244-3370
Attorney for Plaintiff

</td><td>

s/ Angela H. Smith by Greg Callaway
with express permission granted 4-26-12
Angela H. Smith
Moore Ingram Johnson & Steele
Emerson Overlook
326 Roswell Street
Marietta, GA 30080
Attorney for David Moore Construction, LLC

</td></tr>
</table>

s/ Brad Gordon by Greg Callaway
with express permission granted 4-26-12
Brad Gordon
Grotefeld & Hoffmann, LLP
311 South Wacker, Suite 4500
Chicago, IL 60606
Attorney for Allstate Insurance Company

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via ECF on all counsel of record on this the 26th day of April, 2012.

                                                   s/ Greg Callaway

F:\GWC\Stoney Creek\Joint Motion4-26-12.wpd