```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF TENNESSEE
                              WESTERN DIVISION
```

PENNSYLVANIA NATIONAL MUTUAL
INSURANCE COMPANY,

    Plaintiff,   Case No.  2:10-cv-02920-JPM-tmp

v.

STONEY CREEK FIREPLACE AND
GRILLS LLC, ALLSTATE
INSURANCE COMPANY, A/S/O,
DEBORAH and REZA RAFIEE, and
DAVID MOORE CONSTRUCTION,
LLC,

    Defendants.

JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the parties' stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the parties' Stipulation of Dismissal (Docket Entry 77), all claims by Plaintiffs against Defendant are **DISMISSED**.

APPROVED:

s/ JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE

__August 10, 2012_____
Date